# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KENNETH LEE BROWN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-911

———————————————

March 27, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.